1  **CANDIS MITCHELL**
   California State Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Torrico-Gonzalez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1639-JMA |
|        Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **PEDRO TORRICO-GONZALEZ,** ) | |
|        Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                          Respectfully submitted,


Dated: June 2, 2008                        /s/ *Candis Mitchell*
                                           **CANDIS L. MITCHELL**
                                           Federal Defenders of San Diego, Inc.
                                           Attorneys for Mr. Torrico-Gonzalez
                                           Candis_Mitchell@fd.org

1 **CERTIFICATE OF SERVICE**

2 Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3 and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4 Courtesy Copy to Chambers

5 Copy to Assistant U.S. Attorney via ECF NEF

6

7 Dated: June 2, 2008         */s/ Candis Mitchell*
         **CANDIS L. MITCHELL**
8         Federal Defenders of San Diego, Inc.
         225 Broadway, Suite 900
9         San Diego, CA  92101-5030
         (619) 234-8467  (tel)
10         (619) 687-2666  (fax)
         Candis_Mitchell@fd.org